D. C. Form No. 100

LAWRENCE GUBOW

## CRIMINAL DOCKET

44221

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES<br>vs.<br>James William Ross | For U.S.: Robert J. Grace<br>Franklin G. Koory<br><br>For Defendant: (Appt) Cornelius Pitts, 1275 Penobscot Bldg., Detroit, Michigan 48226. |

Vio: Sec. 2113(a), T. 18, USC.

(Bank Robbery)

| ABSTRACT OF COSTS | AMOUNT | CASH RECEIVED AND DISBURSED ||||
|---|---|---|---|---|---|
| | | DATE | NAME | RECEIVED | DISBURSED |
| Fine, | | | | | |
| Clerk, | | | | | |
| Marshal, | | | | | |
| Attorney, | | | | | |
| Commissioner's Court, | | | | | |
| Witnesses, | | | | | |

| DATE | PROCEEDINGS |
|---|---|
| 1969 | |
| July 2 | Indictment and report, filed. |
| May 15 | Deft. Ross present, court appoints Cornelius Pitts, Defendant refused to make any statement nor would he sign any documents. Court considered defendant as having stood mute and plea of not guilty was entered. Bond set at $25,000.00 cash or surety. Remanded.                                    Kaess,J. |
| May 15 | Order specifying methods and conditions of release in $25,000.00 cash or surety, defendant Ross refused to sign, filed and entered.                                    Kaess,J. |
| "   " | Order appointing counsel, filed and entered.  (Pitts)                                    Kaess,J. |
| "  22 | Notice of trial for July 21/70, filed. |
| July 27 | Notice of trial for Sept. 2/70, filed. |
| Oct. 30 | Notice of trial for Dec. 15/70, filed. |
| Dec. 2 | Petition and Order for Writ of Habeas Corupus, filed and entered.     Gubow, J<br>Writ issued. |

44221

| 1970 DATE | PROCEEDINGS | |
|---|---|---|
| Dec. 3 | Subpoena, filed. | |
| " 15 | Jury trial begins, adj. to Dec. 16/70. | Gubow, J. |
| " 16 | Jury trial resumed. Verdict of guilty, ref. to probation, bond of $25,000.00 continued, remanded. Jury discharged. | " " |
| " 16 | Motion of Deft. to Dismiss, with Brief, filed. (Dec. 15/70) | |
| " 21 | Subpoena, filed. | |
| " 23 | Subpoenas, filed. | |
| " 28 | Deft. Ross rep. by counsel. Committed to the custody of Attorney General for a period of Twenty (20) Years under provisions of Section 4208(a)(2), T. 18, USC to run concurrently with sentence the deft. is now serving. | " " |
| " 28 1971 | Motion to dismiss is denied. | " " |
| Jan. 8 | Subpoena, filed. | |
| " 7 | Notice of Appeal, filed. | |
| " 7 | Order to provide transcript for appeal at government expense, filed and entered. | " " |
| " 11 | Letter to attorney, filed. | |
| " 11 | Proof of Mailing re Notice of appeal, filed. | |
| Feb. 4 | Writ, filed. | |
| " 4 | Commitment, filed. | |
| " 8 | Letter to Attorney, filed. | |
| " 22 | Motion and Order extending time to docket record on appeal until April 7/71, filed and entered. | " " |
| March 23 | Transcript of December 15/70, filed. | |
| " 23 | Transcript of December 16/70, filed. | |
| " 29 | Letter of mailing file to C.C.A., filed. | |
| April 2 | Acknowledgment of C.C.A., filed. | |
| " 13 | Copy of voucher for compensation and expenses of appointed counsel in $457.50, filed. | |
| Dec. 2 | Mandate of C.C.A. affirming judgment, filed and entered. File returned. | |